IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ANGELA PAGE,**<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**BWW RESOURCES, LLC AND ITS REPRESENTATIVES,**<br><br>　　　　Defendant. | Case No. 2:25-cv-02339-JWB-GEB |

## DEFENDANT'S CORPORATE DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 7.1(a) Defendant BWW Resources, LLC, makes the following disclosures:

1. Defendant BWW Resources, LLC's sole member is IRB Holding Corp.

2. IRB Holding Corp. is a wholly owned subsidiary of ARG IH LLC.

3. ARG IH LLC is a wholly owned subsidiary of Mavericks, Inc.

4. Mavericks, Inc. is a wholly owned subsidiary of Inspire Brands, Inc.

5. Defendant certifies that Inspire Brands, Inc. has no parent company and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

*/s/ Jeannie M. DeVeney*
Jeannie M. DeVeney, KS #17445
Direct: 816.627.4405
E-Fax: 816.817.1453
jdeveney@littler.com
Abbey M.B. Lee, KS #28738
Direct: 816.627.4409
E-Fax: 816.627.4444
ablee@littler.com
LITTLER MENDELSON, P.C.
1201 Walnut Street, Suite 1450
Kansas City, MO 64106

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2025, the above and foregoing was filed using the Court's CM/ECF system, which sent notice of same to the following counsel of record:

Barry R. Grissom
Conner Mitchell
Jake Miller
GRISSOM MILLER LAW FIRM, LLC
1600 Genessee Street, Suite 460
Kansas City, MO 64102
barry@grissommiller.com
cam@grissommiller.com
jake@grissommiller.com

**ATTORNEYS FOR PLAINTIFF**

*/s/ Jeannie M. DeVeney*
**ATTORNEY FOR DEFENDANT**