### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

**ANGELA PAGE,**

      Plaintiff,

vs.

**BWW RESOURCES, LLC AND ITS REPRESENTATIVES,**

      Defendant.

Case No. 2:25-cv-02339-JWB-GEB

### NOTICE OF SERVICE

I hereby certify that on the 15th day of September, 2025, Defendant's First Interrogatories and First Request for Production of Documents to Plaintiff in Word and pdf format were served via electronic mail upon the following:

    Barry R. Grissom
    Conner Mitchell
    Jake Miller
    GRISSOM MILLER LAW FIRM, LLC
    1600 Genessee Street, Suite 460
    Kansas City, MO 64102
    barry@grissommiller.com
    cam@grissommiller.com
    jake@grissommiller.com

    **ATTORNEYS FOR PLAINTIFF**

Respectfully submitted,

*/s/ Abbey M. Lee*
Jeannie M. DeVeney, KS #17445
Direct: 816.627.4405
E-Fax: 816.817.1453
jdeveney@littler.com
Abbey M.B. Lee, KS #28738
Direct: 816.627.4409
E-Fax: 816.627.4444
ablee@littler.com
LITTLER MENDELSON, P.C.
1201 Walnut Street, Suite 1450
Kansas City, MO  64106

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 15th day of September, 2025, the above and foregoing was filed using the Court's CM/ECF system, which sent notice of same to the following counsel of record:

Barry R. Grissom
Conner Mitchell
Jake Miller
GRISSOM MILLER LAW FIRM, LLC
1600 Genessee Street, Suite 460
Kansas City, MO 64102
barry@grissommiller.com
cam@grissommiller.com
jake@grissommiller.com

**ATTORNEYS FOR PLAINTIFF**

*/s/ Abbey M.B. Lee*
**ATTORNEY FOR DEFENDANT**