IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ANGELA PAGE,**<br><br>Plaintiff,<br><br>vs.<br><br>**BWW RESOURCES, LLC AND ITS REPRESENTATIVES,**<br><br>Defendant. | Case No. 2:25-cv-02339-JWB-GEB |

### JOINT MOTION FOR PROTECTIVE ORDER

Plaintiff and Defendant hereby jointly move for entry of a stipulated Protective Order. The parties have stipulated to the protective order, filed concurrently herewith, to protect information they deem confidential. The parties believe entry of the protective order will expedite the flow of discovery material, facilitate the prompt resolution of disputes over claims of confidentiality, provide adequate protection for material deemed confidential, and ensure that protection is afforded only to such deemed material.

WHEREFORE, Plaintiff and Defendant respectfully request that the Court enter the stipulated Protective Order as proposed.

Respectfully submitted,

| | |
|---|---|
| */s/ Conner Mitchell* | */s/ Abbey M.B. Lee* |
| Barry R. Grissom, KS #10866 | Jeannie M. DeVeney, KS #17445 |
| Conner Mitchell, D. Kan. #79215 | Direct: 816.627.4405 |
| Jake Miller, KS #28337 | E-Fax: 816.817.1453 |
| GRISSOM MILLER LAW FIRM, LLC | jdeveney@littler.com |
| 1600 Genessee Street, Suite 460 | Abbey M.B. Lee, KS #28738 |
| Kansas City, MO 64102 | Direct: 816.627.4409 |
| T – 816-336-1213 | E-Fax: 816.627.4444 |
| F – 816-384-1623 | ablee@littler.com |
| barry@grissommiller.com | LITTLER MENDELSON, P.C. |
| cam@grissommiller.com | 1201 Walnut Street, Suite 1450 |
| jake@grissommiller.com | Kansas City, MO  64106 |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 9, 2025, the above and foregoing was filed using the Court's CM/ECF system, which sent notice of same to the following counsel of record:

Barry R. Grissom
Conner Mitchell
Jake Miller
GRISSOM MILLER LAW FIRM, LLC
1600 Genessee Street, Suite 460
Kansas City, MO 64102
barry@grissommiller.com
cam@grissommiller.com
jake@grissommiller.com

**ATTORNEYS FOR PLAINTIFF**

                                        */s/ Abbey M.B. Lee*
                                        **ATTORNEY FOR DEFENDANT**